## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDURAKHIM VAKHITOV,**<br>                    *Petitioner*,<br><br>         v.<br><br>**JAMAL L. JAMISON,** Warden of<br>Philadelphia Federal Detention Center**;**<br>**JOHN RIFE,** Acting Field Office Director of<br>Enforcement and Removal Operations,<br>Philadelphia Field Office, Immigration and<br>Customs Enforcement,<br>                    *Respondents*. | **Civ. No. 26-3140** |

## ORDER

**AND NOW**, this 6th day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1) of Abdurakhim Vakhitov, and all corresponding briefing, it is

hereby **ORDERED** as follows:

1.    The petition is **GRANTED** in part for the reasons stated in the accompanying

        memorandum.

2.    The Government **SHALL PROVIDE** Vakhitov with an individualized bond

        hearing before an Immigration Judge within seven days of the date of this Order.

        At the bond hearing, the Government shall bear the burden of proving that

        Vakhitov is a flight risk or danger to the community by clear and convincing

        evidence.

3.    The Government shall certify compliance with this Order on the docket no later than 5:00 p.m. on July 7, 2026.

**BY THE COURT:**

_____
MARY KAY COSTELLO
United States District Judge